

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Lori I. Valenzuela, Justice

Appellant, who is acting pro se on appeal, appeals from orders entered in the underlying suit affecting the parent-child relationship in trial court cause number 2018-CI-01008. On March 29, 2021, appellant filed in this court (1) a motion to stay and (2) a motion for preparation of the reporter's record.

In his motion to stay, appellant contends the trial court signed an "enforcement order" on January 6, 2021 and he requests a stay of that order. The record on appeal does not contain a copy of the order, nor did appellant provide this court with a copy. In addition, appellant provides no authoritative basis for staying the order. Therefore, the motion to stay is DENIED.

In his motion for preparation of the reporter's record, appellant requests copies of records from trial court cause number 2013-CI-13588. Because no appeal from a final order arising from trial court cause number 2013-CI-13588 is pending before this court, appellant's motion for preparation of the reporter's record is DENIED.

It is so **ORDERED** March 31, 2021.

**PER CURIAM**

ATTESTED TO:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
MICHAEL A. CRUZ,
CLERK OF COURT

